

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0545

FILED

06/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0545

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ANTHONY EUGENE PETTY,

    Defendant and Appellant.

FILED

JUN 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Anthony Eugene Petty moves for an extension of time to respond to the *Anders* motion filed by his appellate counsel in this matter. In his brief in support of his motion, Petty asserts that he is afforded very limited law library access due to COVID-19 restrictions and he needs more time to complete his legal research.

Petty also expresses concern that his appellate counsel is not in possession of the trial exhibits, consisting of several color photographs. The Court has received these photographs as part of the District Court record and will review these exhibits in due course.

IT IS HEREBY ORDERED that Appellant shall file his response to his counsel's *Anders* motion no later than August 24, 2020. Appellant shall serve his response on all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Division.

The Clerk is directed to give notice of this Order to all counsel of record and to Anthony Eugene Petty.

DATED this 23rd day of June, 2020.

For the Court,

By _____
Chief Justice